# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § | CASE NO. 09-39313-H1-11 |
| | § | (Chapter 11) |
| Debtor | § | (Consolidated) |

| | | |
|---|---|---|
| JOHN BITTNER, LIQUIDATING TRUSTEE, | § § | |
| Plaintiff, | § § | |
| V. | § § | ADVERSARY NO. 10-3312 |
| NASSER KAZEMINY, NJK HOLDING CORP., DCC VENTURES, LLC, OTTO B., CANDIES, JR., OTTO B. CANDIES, III, OTTO CANDIES, LLC AND CANDIES SHIPBUILDERS, | § § § § § § | |
| Defendants, | § § | |
| - and - | § § | |
| DEEP MARINE HOLDINGS, INC. AND DEEP MARINE TECHNOLOGIES, INC., | § § § | |
| Nominal Defendants/Debtors | § | |

### ORDER GRANTING MOTION OF DEFENDANTS TO DISMISS COMPLAINT AND/OR STRIKE PLEADINGS AS SANCTION FOR VIOLATION OF FED. R. BANKR. P. 9011 AND REGARDING IMPOSITION OF MONETARY SANCTIONS

At Houston, Texas, came on for consideration the Motion of Defendants to Dismiss Complaint and/or Strike Pleadings for Violation of Fed. R. Bankr. P. 9011 and for Imposition of Monetary Sanctions (the "Motion"), filed by the Defendants herein; and the Court, having considered the pleadings, the evidence and the argument of counsel, finds that the Plaintiff failed to conduct reasonable factual investigation of the facts underlying its allegations in the

Complaint herein, and that the factual shortcomings of the Complaint cannot be cured by amendment; accordingly it is:

ORDERED that the Complaint herein is dismissed with prejudice to refilling; and it is further

ORDERED that a hearing will be held on the _____ day of _____, 2010, in "Courtroom No. 400, Fourth Floor, U.S. Courthouse, 515 Rusk, Houston, Texas, to consider the imposition of monetary sanctions against the Plaintiff and/or its counsel pursuant to Fed. R. Civ. P. 9011 and/or 28 U.S.C. § 1927.

DATED:_____

_____
UNITED STATES BANKRUPTCY JUDGE