

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/16/2010

| | | |
|---|---|---|
| IN RE: | § | |
| **DEEP MARINE HOLDINGS, INC.,** *et al*, | § | Case No. 09-39313 |
| Debtor(s). | § | |
| | § | Chapter 11 |
| | § | |
| **JOHN BITTNER, LIQUIDATING TRUSTEE,** | § | |
| | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 10-3312 |
| | § | |
| **NASSER KAZEMINY,** *et al*, | § | |
| Defendant(s). | § | Judge Isgur |

### ORDER SETTING HEARING

A hearing will be conducted at **9:30 a.m. on September 27, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Otto Candies' Motion for Extension of Time (Doc. #9). The Court will consider evidence and arguments, as appropriate. Within two business days of receipt of this notice, the movant shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **September 16, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE