

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | (4) Houston Division | Main Case Number | 10-03312 |
|---|---|---|---|
| Debtor | In Re: | Deep Marine Holdings, Inc., et al 09-39323-H1-11 | |

This lawyer, who is admitted to the State Bar of _____Louisiana_____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Karl J. Zimmermann<br>Baldwin Haspel Burke & Mayer, LLC<br>1100 Poydras Street, Suite 2200<br>New Orleans, LA 70163<br>504-569-2900<br>Louisiana Bar Roll No. 14481 |
|---|---|

Seeks to appear as the attorney for this party:

| Otto Candies, L.L.C., Otto B. Candies, III and Candies Shipbuilders, L.L.C. ||
|---|---|
| Dated: 09/03/10 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _active_ . ||
|---|---|
| Dated: 9/13/10 | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: September 17, 2010

_____
Marvin Isgur
Chief United States Bankruptcy Judge