C



**DEEP MARINE TECHNOLOGY, INC**

5825 N. Sam Houston Pkwy. West  Suite 150 · Houston, TX 77086 · Phone 713.896.8555
www.deepmarinetech.com

To:     Employees of DMT
From:   Nasser Kazeminy – Controlling Shareholder
Date:   7/30/08

It has come to my attention that there are a series of rumors circulating throughout the firm concerning several pending managerial changes. As much as I dislike reacting to rumors and since I had already planned to meet with you personally in the next few days, I am compelled to address these rumors today so that the pending changes are understood for what they represent – opportunity.

DMT has experienced unprecedented growth! This growth is attributable to a favorable environment for our product and services; a great management team; fabulous, dedicated employees; and great founding partners such as Otto Candies. We are a firm that started three years ago with $5MM in revenues and today we enjoy $100MM in revenues. You should be very proud of that accomplishment. As you can imagine, such growth requires committed capital. Otto Candies and I have provided needed capital in the past and we are committed to do so in the future.

One of the most important obligations of management is to ensure that we are appropriately positioned to bring our firm to the next level. That means that we should be prepared to shift our internal talent in a way that they are positioned to meet the challenges in front of us, not the challenges we have already met. It also means that we should seek, externally, talented people if they can help make us a better company. The Board, I, Otto

Candies, Jr., and Paul McKim have had many discussions on how best to achieve that end. What resources and what changes do we need to achieve the next level of success?

We have collectively decided to promote Paul to become Chairman of the Board. We have also decided to promote Wade Abadie to be Executive Vice President of our sales organization. In addition, we have asked Otto Candies III to assist to review our current cost structure, financial organization, and the company's financial processes. We are anxious to receive their review and will share it with management upon its completion.

Paul McKim will have as an important priority, as our new Chairman and Board Member, to search for a new President and CEO. Paul will seek an individual who can help all of us to deal with the challenges of operating a firm of our size and who can help us to grow even larger. We all believe that DMT's future could not be brighter and working together we can take today's challenges and make them tomorrow's opportunities.

On behalf of the Board of Directors, Otto Candies, Jr., Paul McKim, and our management team, I want to thank you for your support and wonderful performance.