UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEEP MARINE HOLDINGS, INC., ET AL. | § § § § | (Chapter 11)<br>Jointly Administered Under<br>Case No. 09-39313-H1-11 |
| DEBTORS | § | |
| JOHN D. BITTNER, LIQUIDATING TRUSTEE | § § § § | |
| Plaintiff | § § | |
| V. | § § | |
| NASSER KAZEMINY,<br>NJK HOLDING, CORP.,<br>DCC VENTURES, LLC,<br>OTTO B. CANDIES, JR.,<br>OTTO B. CANDIES, III,<br>OTTO CANDIES, LLC AND<br>CANDIES SHIPBUILDERS, LLC | § § § § § § § § | ADV. PROC. NO. 10-03312 |
| Defendants | § § | |
| AND | § § | |
| DEEP MARINE HOLDINGS, INC. AND DEEP MARINE TECHNOLOGIES, INC. | § § § § § | |
| Nominal Defendants/Debtors | § | |

**NOTICE OF HEARING ON MOTION OF DEFENDANTS TO DISMISS COMPLAINT AND/OR STRIKE PLEADINGS AS SANCTION FOR VIOLATION OF FED. R. BANKR. P. 9011 AND FOR IMPOSITION OF MONETARY SANCTIONS**

TO THE DEBTOR, ITS CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held on the Motion to Dismiss Complaint and/or Strike Pleadings for Violation of Fed. R. Bankr. P. 9011 and for Imposition of Monetary Sanctions in Courtroom No. 404, Fourth Floor, U.S. Courthouse, 515 Rusk, Houston, Texas, on January 18, 2011 at 1:30 p.m.

Dated: December 16, 2010

THOMAS S. HENDERSON, Attorney At Law

By: /s/ Thomas S. Henderson

Thomas S. Henderson (TBA No. 09432300)

South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002-2716
Telephone: (713) 227-9500
Facsimile:  (713) 620-3023

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the parties listed below by ECF filing on the 16th day of December, 2010.

/s/ Thomas S. Henderson

Thomas S. Henderson

| | |
|---|---|
| Hugh M. Ray, III | Susan Mathews |
| Paul D. Moak | Michael N. Mire |
| McKool Smith | Adams and Reese LLP |
| 600 Travis, Suite 7000 | 1221 McKinney, Suite 4400 |
| Houston, Texas 77002 | Houston, Texas 77010 |