IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2011

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |
| | § | |
| John D. Bittner, Liquidating Trustee, | § | |
| Plaintiff | § | |
| | § | |
| Vs. | § | Adversary No. 10-3312 |
| | § | |
| Nasser Kazeminy, NJK Holding, Corp., | § | |
| DCC Ventures, LLC, Otto B. Candies, Jr., | § | |
| Otto B. Candies, III, Otto Candies, LLC, | § | |
| and Candies Shipbuilders, LLC, | § | |
| Defendants | § | |
| | § | |
| and | § | |
| | § | |
| Deep Marine Holdings, Inc. and | § | |
| Deep Marine Technologies, Inc., | § | |
| Nominal Defendants/Debtors | § | |

**ORDER ON MOTION IN LIMINE**
(Refers to Docket No. _____)

ON CONSIDERATION of the *Motion in Limine* (Docket #_____, the "Motion") filed by John D. Bittner, in his capacity as Liquidating Trustee of the Deep Marine Liquidating Trust (the

MOOT following trial rulings.

Signed: February 10, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge

Austin 65123v1