

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/10/2011

| | | |
|---|---|---|
| IN RE: | § § | |
| DEEP MARINE HOLDINGS, INC., et al. | § § | CASE NO. 09-39313-H1-11 |
| | § | (Chapter 11) |
| Debtor | § | (Consolidated) |

| | | |
|---|---|---|
| JOHN BITTNER, LIQUIDATING TRUSTEE, | § § | |
| Plaintiff, | § § | |
| V. | § | ADVERSARY NO. 10-3312 |
| | § | |
| NASSER KAZEMINY, NJK HOLDING CORP., DCC VENTURES, LLC, OTTO B., CANDIES, JR., OTTO B. CANDIES, III, OTTO CANDIES, LLC AND CANDIES SHIPBUILDERS, | § § § § § § | |
| Defendants, | § § | |
| - and - | § § | |
| DEEP MARINE HOLDINGS, INC. AND DEEP MARINE TECHNOLOGIES, INC., | § § § | |
| Nominal Defendants/Debtors | § | |

### ORDER REGARDING BURDEN OF PROOF UNDER RULE 9011 AND FOR ORDER OF PRESENTATION OF WITNESSES AND EVIDENCE

At Houston, Texas came on for consideration the Motion Regarding Burden of Proof and for Order of Presentation of Witnesses and Evidence (the "Motion"), filed herein by Nasser

MOOT following trial rulings.

Signed: February 10, 2011

_____
Marvin Isgur
Chief United States Bankruptcy Judge