UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: DEEP MARINE HOLDINGS, INC., ET AL.<br>       Debtor | § § § | Case No. 09-39313 |
| JOHN D. BITTNER, LIQUIDATING TRUSTEE<br>    Plaintiff<br>V.<br>NASSER KAZEMINY, ET AL.<br>    Defendants<br><br>Witnesses:<br><br>    Joseph M. Windler<br>    John D. Bittner (adverse)<br>    Any witnesses designated or called byPlaintiff (adverse) | § § § § § § § § § § § § § § § § § | Adv. No. 10-3312<br><br>Judge:    Marvin Isgur<br>Date:     March 10, 2011<br>Time:     9: 00 a.m.<br><br>Attorney:   Thomas S. Henderson<br>Telephone: (713) 227-9500<br><br>Nature of Proceeding: Hearing on Motion of Defendants for Sanctions and Disqualification (Docket No. 70) |

**DEFENDANTS' WITNESS AND EXHIBIT LIST**

| Exhibit Number | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Excerpts from transcript of Status Conference held on 9/7/10 in Adv. Proc. 10-3026 and 10-3116 | | | | | | |
| 2 | Abatement Order entered in Adv. Proc. 10-3026 and 10-3116 on 9/17/10 (Doc. No. 117) | | | | | | |
| 3 | Excerpts from transcript of Scheduling Conference; Motion to Dismiss held on 10/18/10 in Adv. Proc. 10-3312 | | | | | | |

| Exhibit Number | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 4 | Excerpts from transcript of Scheduling Conference held on 11/18/10 in Adv. Proc. 10-3026 and 10-3116 | | | | | | |
| 5 | Email message from H.M Ray III dated 10/19/10 forwarding draft of mediation order | | | | | | |
| 6 | Series of email messages between counsel for Defendants and Trustee dated between 11/22/10 and 12/7/10 regarding status of settlement evaluation by Trustee | | | | | | |
| 7 | Order Denying Motion to Dismiss as a Sanction and Conditionally Ordering Mediation entered in Adv. Proc. 10-3312 on 11/2/10 (Doc. No. 51) | | | | | | |
| 8 | Letter from W. Greendyke (mediator) to counsel for all parties dated 11/19/10 regarding mediation protocol | | | | | | |
| 9 | Email message from H.M. Ray III regarding submission of confidential mediation statement to mediator only | | | | | | |

Defendants reserve the right to supplement or amend this Witness and Exhibit List at any time prior to trial.

Dated: March 7, 2011

THOMAS S. HENDERSON, Attorney at Law

By: _____
Thomas S. Henderson (TBA No. 09432300)

South Tower, Pennzoil Place
711 Louisiana, Suite 3100
Houston, Texas 77002-2716
Telephone: (713) 227-9500
Facsimile:  (713) 620-3023

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendants' Witness and Exhibit List was served upon the parties to this adversary proceeding by ECF filing on the 7th day of March, 2011.

_____
Thomas S. Henderson